APPEAL FEE REQUEST
05-15-01536-CV



JOHN F. WARREN
COUNTY CLERK
GEORGE ALLEN BUILDING
CIVIL PROCESS
600 COMMERCE ST., SUITE 101
DALLAS, TEXAS 75202-3504
214 653-7596

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/22/2015 8:43:36 AM
LISA MATZ
Clerk

December 22, 2015

Ray Jackson
1700 Pacific Ave.
Suite 3890
Dallas, Texas 75201

In Re: CC-15-05323-D MICHAEL D. McCORD vs. TONY TEAL & ALL OTHER OCCUPANTS

Mr. Jackson:

In accordance with Rule 51, of the Texas Rules of Court, the Clerk's Record in the above referenced case has been prepared and ready for delivery to the Fifth Supreme Judicial District Court of Appeals for the State of Texas.

A copy of the Index and Cost Bill of the Record is enclosed for your reference and a copy of the Index has been mailed to the opposing counsel.

The fee for preparing the <u>Original</u> Clerk's Record is $23.00 (Twenty-three dollars & 00/100). Please make check payable to John F. Warren, County Clerk, promptly. Once the fees have been received, the Record will be delivered to the Court of Appeals.

Thank You,

*Alina Espinoza*

Alina Espinoza, Deputy Clerk

Cc: Marc L. Girling
2012 Bedford Rd.
Suite 100
Bedford, Texas 76021

Cc: Fifth District Court of Appeals
600Commerce, 2nd Floor
Dallas, Texas 75202